**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CITY OF DERIDDER** | **CASE NO. 2:26-CV-01376** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MUELLER SYSTEMS L L C** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant Mueller Systems, LLC's Motion to Dismiss (Doc. 6) is **DENIED** as moot.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Mueller Systems, LLC's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 13) is **GRANTED** to the extent that the City of DeRidder's claim of fraud is dismissed, reserving the City's right to conduct discovery and amend its Complaint, if it so chooses; otherwise, the Motion to Dismiss is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 12th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**